UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROOSEVELT JONES, ) <br> ) <br> Defendant. ) | **O R D E R** <br><br> 2:96-CR-200-PMP-LRL |

The Court has ordered that the defendant's "Motion To Reduce Sentence (USSC Retroactive Amendment 706)[124] be referred to the Federal Public Defender for representation, Therefore;

IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel for all proceedings regarding the defendant's "Motion to Reduce Sentence (USSC Retroactive Amendment 706).

DATED: December 27, 2011.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE